■ The People of the State of New York, Respondent, v Marcos Ocasio, Appellant. [819 NYS2d 484]—Appeal by the defendant from a judgment of the County Court, Orange County (Rosenwasser, J.), rendered March 18, 2005, convicting him of unlawful imprisonment in the second degree, menacing in the second degree, criminal possession of a weapon in the fourth degree, and assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant failed to preserve for appellate review his claims that the "merger doctrine" operated to preclude his conviction of unlawful imprisonment in the second degree (*see People v Magrigor,* 281 AD2d 561, 562 [2001]) and that the prosecutor improperly attempted to impeach the complainant (*see* CPL 470.05 [2]). In any event, those contentions, as well as the defendant's remaining contentions, are without merit. Prudenti, P.J., Adams, Rivera and Lifson, JJ., concur.